UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE, and
PAUL O'BRIEN, as TRUSTEES,

                                                  Plaintiffs,

                    -against-

M & M INSTALLATIONS INC.,

                                                  Defendant.

--------------------------------------------------------------------------------X

**JUDGE SCHEINDLIN**

**07 CIV 5643**

07 CV _____

**CIVIL RULE 7.1**
**STATEMENT**



RECEIVED
JUN 13 2007
U.S.D.C. S.D. N.Y.
CASHIERS

      PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO
ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE
DISQUALIFICATIONS OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR THE
PLAINTIFFS (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING
ARE CORPORATE PARENTS, SUBSIDIARIES, OR PUBLICLY HELD CORPORATIONS THAT
OWN 10% OR MORE OF ITS STOCK:

                                 NONE

Dated:  New York, New York
        June 13, 2007

                           ANDREW GRABOIS (AG 3192)
                           O'Dwyer & Bernstien, LLP
                           Attorneys for Plaintiffs
                           52 Duane Street
                           New York, New York 10007
                           (212) 571-7100