| FRANK DURKAN | **O'DWYER & BERNSTIEN, LLP** | PAUL O'DWYER (1907-1998) |
|---|---|---|
| BRIAN O'DWYER | | OSCAR BERNSTIEN (1885-1974) |
| GARY SILVERMAN | ATTORNEYS AT LAW | |
| CHRISTOPHER DOWNES* | PAUL O'DWYER WAY | OF COUNSEL: |
| VICTOR GRECO | 52 DUANE STREET | THOMAS J. HUGHES, JR. |
| CODY K. M°CONE | NEW YORK, N.Y. 10007 | ANNE M. PAXTON |
| GARY P. ROTHMAN* | (212) 571-7100 | MICHAEL CARROLL |
| | (516) 248-4224 | CRAIG R. NUSSBAUM |
| STEVEN ARIPOTCH | FAX (212) 571-7124 | * ALSO ADMITTED IN NJ |
| J. P. DELANEY | | ** ALSO ADMITTED IN CT |
| DAVID H. SCHULTZ** | | * ALSO ADMITTED IN PA & NJ |
| RAÚL GARCÍA | | |
| ANGÉLIQUE NORTON | | WRITER'S DIRECT DIAL |
| ROBERT DUNNE* | | |
| JASON S. FUIMAN* | | |
| H. GLADYS T. ORANGA | | |
| ANDREW R. GRABOIS | | |
| NICHOLAS S. HANLON | | |
| HELEN WROBEL | | |



July 23, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

RECEIVED
CHAMBERS OF
JUL 23 2007
JUDGE SCHEINDLIN

**BY FAX: 212-805-7920**
Honorable Shira A. Scheindlin
United States District Judge
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

RE:   The NYC District Council of Carpenters Pension Fund, et. al. v.
      M & M Installations Inc.
      **07 CV 5643 (SAS)**

Dear Judge Scheindlin:

I am writing to request an adjournment of the initial pretrial conference in the above-referenced matter, scheduled for Friday, July 27, 2007 at 4:30 p.m.

Please note that the defendant has neither answered nor made an appearance with respect to the complaint which was served on June 20, 2007. We do not expect the defendant to appear at Friday's conference and the time to answer has expired. Therefore, I am requesting an adjournment of the pre-trial conference with the intention of moving for default judgment by Wednesday, August 1, 2007. No previous requests for an adjournment have been made.

In advance, thank you for your consideration and assistance in this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

ANDREW GRABOIS

*[Handwritten note:]* Request granted - conference cancelled. Plaintiff to move for a default no later than Wed. August 1, 2007. So Ordered: [signature] USDJ 7/23/07